IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERMAINE EWING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-102-GPM |
| | ) |
| CLINTON COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing from this action.

**DATED:** 06/04/08

NORBERT G. JAWORSKI, CLERK

By: _Linda M. McGovern_
Deputy Clerk

APPROVED: s/ _G. Patrick Murphy_
G. Patrick Murphy
United States District Judge